**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 19−32542−KRH
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric Boone
727 South Jones St
Petersburg, VA 23803

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−1054

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO
## LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
## AND
## LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:**    **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on May 13, 2019. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:  May 28, 2019**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 All Schedules and Statement of Financial Affairs
Summary of Your Assets and Liabilities and Certain Statistical Information
Statement of Your Current Monthly Income and Calculation of Commitment Period
Chapter 13 Plan

|  |  |
|---|---|
| Date:  May 14, 2019 | **William C. Redden**<br>**Clerk, United States Bankruptcy Court**<br><br>/s/   Candace Manley<br>Deputy Clerk |

[10071_30152vAug2018.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                            Case No. 19-32542-KRH
Eric Boone                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: manleyc           Page 1 of 1          Date Rcvd: May 15, 2019
                              Form ID: both215        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.
db             +Eric Boone,    727 South Jones St,    Petersburg, VA 23803-4980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:
              Henry W. McLaughlin, III    on behalf of Debtor Eric  Boone henry@mclaughlinvalaw.com,
               cynthia@mclaughlinvalaw.com
              John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
              Suzanne E. Wade    ecfsummary@ch13ricva.com,    trustee@ch13ricva.com;fred@cmc13.net
                                                                                             TOTAL: 3